■ In the Matter of the Estate of STANLEY A. ADOMAITIS, Deceased. DOROTHY WINK, Appellant; MARY ADOMAITIS et al., as Administrators of the Estate of STANLEY A. ADOMAITIS, Deceased, et al., Respondents.— Appeal from a decree of the Surrogate's Court, Kings County, confirming a Referee's report, granting letters of administration to respondents Adomaitis and Rice, and awarding compensation to the Referee. Decree unanimously affirmed, with costs, payable out of the estate. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.